1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PAMELA WALTON,                    )   NO. EDCV 08-226 SS
                                        )
12                    Plaintiff,        )
                                        )   **JUDGMENT**
13            v.                        )
                                        )
14   MICHAEL J. ASTRUE,                 )
     Commissioner of the Social        )
15   Security Administration,          )
                                        )
16                    Defendant.        )
     _____)

17

18        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

19   and  REMANDED  for  further  administrative  proceedings,  pursuant  to

20   sentence four of 42 U.S.C. § 405(g).

21

22   DATED: February 2, 2009.                        /S/

23                                    _____
                                      SUZANNE H. SEGAL
24                                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28